IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

VS. 4:08CR00328-01 JLH

ANTWON WILLIAMS

## ORDER

On September 16, 2008, Defendant appeared before the Court for plea and arraignment. The Court did not proceed with plea and arraignment because Defendant could not appreciate the proceeding, and Defendant's counsel could not have meaningful discussions with Defendant concerning the criminal charges pending against him. The Court granted the parties' oral Motion to have Defendant examined to determine his competency pursuant to 18 U.S.C. § 4241, and to determine the existence of insanity at the time of the offense pursuant to 18 U.S.C. § 4242.

Defendant is therefore committed to the custody of the United States Marshal for the Eastern District of Arkansas to await designation of a Bureau of Prisons facility where the psychiatric or psychological examination will be performed.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the Court and United States District Judge J. Leon Holmes upon receipt of Defendant's facility designation. Pursuant to 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

Dated this 16th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE